IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DEANNA PARKER,**

   *Petitioner*,

v.                                      Case No.: 4:21cv494-MW/ZCB

**UNITED STATES OF AMERICA,**

   *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 15, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2241 petition, ECF No. 1, is **DENIED** for failure to exhaust administrative remedies and this action is **DISMISSED**." The Clerk shall close the file.

SO ORDERED on August 19, 2022.

                                                  s/Mark E. Walker          
                                                  **Chief United States District Judge**